United States District Court
Southern District of Texas
**ENTERED**
December 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JOSH LIMAS,** § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-167 |
| § § | |
| **7 FLAGS HOLDINGS, LLC,** § § | |
| Defendant. § § | |

## ORDER

On November 30, 2020, Plaintiff Josh Limas and Defendant 7 Flags Holdings, LLC filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 6). The stipulation (Dkt. 6), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 1st day of December, 2020.

_____
Diana Saldaña
United States District Judge